69 So.2d 902

### Reid E. PITTS v. STATE.
#### 6 Div. 656.

Supreme Court of Alabama.

Nov. 2, 1953.

De Graffenried, De Graffenried & De Graffenried and E. D. McDuffie, Tuscaloosa, for appellant.

Si Garrett, Atty. Gen., for the State.

PER CURIAM.

Affirmed.

LIVINGSTON, C. J., and LAWSON, STAKELY, MERRILL and CLAYTON, JJ., concur.

71 So.2d 846

### Thomas Floyd ROBINSON v. STATE.
#### 6 Div. 692.

Supreme Court of Alabama.

March 18, 1954.

Rehearing Denied April 22, 1954.

Matt Murphy, Birmingham, for petitioner.

Si Garrett, Atty. Gen., Wm. H. Sanders, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Thomas Floyd Robinson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Robinson v. State, 71 So.2d 843.

Writ denied.

LAWSON, GOODWYN and MERRILL, JJ., concur.

72 So.2d 120

### Emmett STEPHENS v. STATE.
#### 7 Div. 244.

Supreme Court of Alabama.

April 15, 1954.

Leonard Crawford, Fort Payne, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Emmett Stephens for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Stephens v. State, 72 So.2d 116.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.